**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAVID E. EDWARDS, et al., | No. CIV S-09-0275-CMK-P |
| Plaintiffs, | |
| vs. | ORDER |
| CSP SOLANO, et al., | |
| Defendants. | |
| _____/ | |

Plaintiffs, who are proceeding pro se, bring this civil rights action pursuant to 42 U.S.C. § 1983.[1] Pending before the court are plaintiffs' requests for leave to proceed in forma pauperis (Docs. 2, 6, and 8). Plaintiffs' complaint will be addressed separately.

Plaintiffs have submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a). The requests to proceed in forma pauperis will, therefore, be granted.

/ / /

/ / /

/ / /

---

[1] Plaintiff David E. Edwards is a state prisoner. Plaintiff Jonathan Edwards is not incarcerated.

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiffs' motions for leave to proceed in forma pauperis (Docs. 2, 6, and 8) are granted;

2. Plaintiff David E. Edwards is required to pay the full statutory filing fee of $350.00 for this action pursuant to 28 U.S.C. §§ 1914(a) and 1915(b)(1);

3. No initial partial filing fee will be assessed pursuant to 28 U.S.C. § 1915(b)(1); and

4. Plaintiff David E. Edwards will be obligated for monthly payments of twenty percent of the preceding month's income credited to plaintiff's inmate trust account, such payments to be forwarded by the appropriate agency to the Clerk of the Court each time the amount in plaintiff's account exceeds $10.00, until the statutory filing fee is paid in full, pursuant to 28 U.S.C. § 1915(b)(2).

DATED: March 5, 2009

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE